DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-99-00001　　　　　　　　　DATE: 04/13/2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding　　　Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded - RUN TIME: 1:29:00 - 1:33:51　　　　　　　　CSO: J. McDonald

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: MARVIN JAMES PANGELINAN**　　　　　**ATTY: ALEX MODABER**
( X ) PRESENT　( ) CUSTODY　( ) BOND　( X ) P.R.　　( X ) PRESENT　( ) RETAINED　( X ) FPD　( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID　　　　　　　　AGENT:

U.S. PROBATION: JUDY OCAMPO　　　　　　　　U.S. MARSHAL: SAL LUJAN

INTERPRETER: _____　( ) SWORN　LANGUAGE: _____

**PROCEEDINGS:**　　- INITIAL APPEARANCE
　　　　　　　　　- ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS
　　　　　　　　　　SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF
　　THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF
　　SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( X ) PROCEEDINGS CONTINUED TO: JULY 6, 2006 at 2:00 P.M.
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL
　　SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:

Parties moved for a 90 day continuance so that probation can assess defendant's performance. GRANTED.