FILED
DISTRICT COURT OF GUAM
MAY 17 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: Miles          Date: 5/17/06

MINUTES    5 minutes

CASE NO. CR99-1          CASE NAME: US v. Pangelinan

USPO: O'Mallon

COUNSEL FOR PLTF: Rosetta San Nicolas

COUNSEL FOR DEFT: James McHugh

( ) JURY TRIAL     ( ) COURT TRIAL  (✓) HEARING HELD

( ) Jury impaneled and sworn. (see jury list on reverse)

( ) Jury/Court trial held, ____ day.

( ) Witnesses sworn and examined. (See list on reverse)

( ) Case continued to _____ for further

( ) Jury retires to deliberate at _____.

( ) Jury returns a verdict at _____ and finds:

( ) Court finds:

The Court grants the motion to modify. Counsel for the government will prepare a proposed order for the court's signature.

MINUTES     HON. JOHN C. COUGHENOUR     DATE: 5/17/06