LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hågatña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 99-00001 |
|---|---|
| | ) |
| | ) **ORDER re Modification of the** |
| | ) **Conditions of Supervised Release** |
| MARVIN JAMES PANGELINAN, | ) **of Defendant** |
| Defendant. | ) |

Upon petition by the U.S. Probation Office filed May 9, 2006 for modification of the conditions of supervision of defendant MARVIN JAMES PANGELINAN to include drug testing, and without objection from the government, the defendant and his counsel, **IT IS SO ORDERED:**

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer

All other conditions of supervised release shall remain in effect.

Dated this 17 day of May 2006.

JOHN C. COUGHENOUR
U.S. District Judge

**ORIGINAL**