JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MARVIN JAMES PANGELINAN

FILED
DISTRICT COURT OF GUAM
JUL 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 99-00001 |
| ) | |
| Plaintiff, ) | STIPULATION TO VACATE PETITION |
| ) | FOR REVOCATION |
| vs. ) | |
| ) | |
| MARVIN JAMES PANGELINAN, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION TO VACATE PETITION FOR REVOCATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that:

1. On April 5, 2006, a Petition was filed alleging violations of defendant's release.

2. The parties agreed to a ninety (90) day continuance to allow defendant an opportunity to comply with the conditions of release.

3. The parties now agree that no further action is necessary on the above-mentioned Petition.

IT IS SO STIPULATED that no further action is necessary regarding the Petition for Revocation filed on April 5, 2006.

DATED: Mongmong, Guam, July 17, 2006.

_____
RICHARD P. ARENS
Attorney for Defendant
MARVIN JAMES PANGELINAN

_____
MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
CARMEN O'MALLAN
U.S. Probation Officer Specialist

2