JOHN T. GORMAN
Federal Public Defender

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MARVIN JAMES PANGELINAN

FILED
DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00001 |
| Plaintiff, ) | |
| vs. ) | ORDER re |
| ) | Stipulation to Vacate Petition for |
| MARVIN JAMES PANGELINAN, ) | Revocation |
| Defendant. ) | |

The Stipulation filed on July 18, 2006, is HEREBY APPROVED. The Court will take no further action against the Defendant for the violations alleged in the petition (Docket No. 42) filed on April 5, 2006.

DATED: Hagatna, Guam, July 18, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge