PROB 12B
(7/93)

# United States District Court

for

*District of Guam*


**FILED**
DISTRICT COURT OF GUAM
AUG 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender:   **Marvin James Pangelinan**          Case Number: **CR 99-00001-001**

Name of Sentencing Judicial Officer:   Alex R. Munson

Date of Original Sentence:   September 1, 1999

Original Offense:   Conspiracy to Import Crystal Methamphetamine, in violation of Title 21 U.S.C. §§ 952(a) 960 and 963

Original Sentence:   64 months imprisonment followed by 60 months supervised release with conditions to include: participate in a drug treatment program and testing; participate in a mental health treatment program; refrain from the use of any and all alcohol beverages; obtain and maintain gainful employment; perform 200 hundred hours of community service; and pay a $100 special assessment fee. **Informational report filed June 16, 2003** for noncompliance. **Revoked on December 17, 2003** sentenced to three months imprisonment followed by 57 months supervised release with an additional condition of 100 hours of community service, and to include all conditions originally ordered. **Petition for Action filed on April 5, 2006** for not following instructions of the probation officer. Court orders 90-day continuance to assess compliance. **Conditions modified on May 17, 2006** requiring offender to submit to urinalysis not to exceed eight tests per month. **On July 19, 2006**, Court vacated the Petition for Action filed April 5, 2006 as the defendant returned to compliance.

Type of Supervision:   Supervised Release          Date Supervision Commenced: February 10, 2004

---

### PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

1. The defendant shall participate in a mental health program as approved by the U.S. Probation Office, and he shall make co-payment for the program at a rate to be determined by the U.S. Probation Office.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On July 19, 2006, after learning that Marvin Pangelinan failed to show for urinalysis on July 18, 2006, this Officer contacted his residence and employment and left messages at both places, but to no avail, he did not call. On July 25, 2006, this Officer successfully contacted Mr. Pangelinan at his residence and notified him about failing to show for urinalysis on July 18, 2006. He was told that he needed to come to the U.S. Probation Office for a compliance meeting. Although an appointment was set for 2:00 p.m., he failed to show. On July 27, 2006, Mr. Pangelinan came to the Probation Office and admitted he was not showing for urinalysis because he was "having marital problems and did not care about anything." Moreover, he had not been staying at his mother's house since July 3, 2006, and instead was staying with friends. He indicated that he did not receive the messages that were left for him. Regarding the missed appointment on July 25, 2006, he stated that he fell asleep. At the compliance meeting, he expressed an interest in receiving counseling services and promised to return to compliance. He was subjected to a drug test which was negative for controlled substances. The defendant had missed drug tests on June 22, 2006, and July 10, July 13, July 18 and July 25, 2006.

On August 4, 2006, the defendant's supervisor, Barsen Adelbai, reported that the defendant resigned from his job on August 3, 2006, after he was threatened with termination. Mr. Adelbai indicated that the defendant would leave the job site without permission, brought unauthorized visitors to the shelter, falsified records, and did not perform his duties as expected. Based on the information above, this Officer respectfully requests that the Court modify the conditions of probation, pursuant to 18 U.S.C. § 3583(e)(2) to include the following:

> *The defendant shall participate in a mental health program as approved by the*
> *U.S. Probation Office, and he shall make co-payment for the program at a rate*
> *to be determined by the U.S. Probation Office.*

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, of Mr. Pangelinan's consent to the modification.

Mr. Pangelinan his monthly supervision reports, completed his community service obligation on April 19, 2004, and paid the $100 S/A Fee on January 17, 2001. On August 2, 2006, he was returned to Phase I of the drug testing program.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 8/21/06

Respectfully submitted,

by: MARIA C. CRUZ
U.S. Probation Officer

Date: 8/21/06

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other   Issuance of a:   ☐ Summons   ☐ Warrant

RECEIVED
AUG 2 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Ronald B. Leighton, Designated Judge*
Signature of Judicial Officer

August 30, 2006
Date

*The Honorable Ronald B. Leighton, United States District Judge for
the Western District of Washington, sitting by designation

# United States District Court

for

## District of Guam

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a mental health program as approved by the U.S. Probation Office, and he shall make co-payment for the program at a rate to be determined by the U.S. Probation Office.

Witness: MARIA C. CRUZ
U.S. Probation Officer

Signed: MARVIN JAMES PANGELINAN
Probationer or Supervised Releasee

8/8/06
Date