≈PROB 12C
( 12/04)

UNITED STATES DISTRICT COURT

for

District of Guam

FILED
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Marvin James Pangelinan**   Case Number: CR 99-00001-001

Name of Sentencing Judicial Officer: Alex R. Munson

Date of Original Sentence: September 1, 1999

Original Offense: Conspiracy to Import Crystal Methamphetamine, in violation of Title 21, U.S.C. §§ 952(a) 960 and 963

Original Sentence: 64 months imprisonment followed by 60 months supervised release with conditions to include: participation in a drug treatment program and testing; participation in a mental health treatment program; refrain from the use of any and all alcohol beverages; obtain and maintain gainful employment; perform 200 hundred hours of community service; and pay a $100 special assessment fee. **Informational report submitted June 16, 2003**, noncompliance. **Revoked on December 17, 2003**, and sentenced to three months imprisonment followed by 57 months supervised release with an additional condition of 100 hours of community service, and to include all conditions previously. **Petition for Action on April 5, 2006** for not following instructions of the probation officer. Court orders 90-day continuance to assess compliance. **Conditions modified on May 17, 2006** requiring offender to submit to urinalyses not to exceed eight tests per month. **On July 19, 2006,** Court vacated petition filed on April 5, 2006 after offender returned to compliance. **Conditions modified on August 30, 2006** to include mental health treatment.

Type of Supervision: Supervised Release   Date Supervision Commenced: February 10, 2004

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Standard Conditions** | Failure to report to the probation officer and submit a written report within the first five days of the month. |
| | Failure to follow the instructions of the probation officer. |
| **Special Conditions** | Failure to submit to drug testing |
| | Failure to obtain and maintain gainful employment |

Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,
Re: Violation of Supervision Release Conditions; Request for a Warrant of Arrest
submitted by U.S. Probation Officer Specialist Carmen D. O'Mallan*

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
Date: 9-22-2006

Reviewed by:

MARIVIC DAVID
Assistant U.S. Attorney
Date: 9/25/06

I declare under penalty of perjury
that the foregoing is true and correct.

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Executed on: 9/22/06

THE COURT ORDERS:

[ ] No action.
[✓] The issuance of a warrant.
[ ] The issuance of a summons.
[ ] Other

Signature of Judicial Officer
MORRISON C. ENGLAND, Jr.
Designated Judge
09/28/2006
Date

RECEIVED
SEP 26 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# VIOLATION WORKSHEET

1. Defendant **Marvin James Pangelinan**
2. Docket Number (Year-Sequence-Defendant No.) **CR 99-00001-001**
3. District/Office **0993/1**
4. Original Sentence Date **09 / 01 / 99**
   month / day / year

(If different than above):

5. Original District/Office
6. Original Docket Number (Year-Sequence-Defendant No.)

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • Failure to report to the probation officer and submit a written report within the first five days of each month | C |
| • Failure to follow the instructions of the Probation Officer | C |
| • Failure to submit to drug testing | C |
| • Failure to obtain and maintain gainful employment | C |
| • | |

8. Most Serious Grade of Violation (see §7B1.1(b)) — **C**
9. Criminal History Category (see §7B1.4(a)) — **I**
10. Range of Imprisonment (see §7B1.4(a)) — **3 to 9 months**

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500 Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring
*02/2003*
Case 1:99-cr-00001    Document 52    Filed 09/28/2006    Page 3 of 7

Defendant: Marvin James Pangelinan

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | N/A | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | N/A |
    | Other | N/A | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: __N/A__ to _____ years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: __48 -54 months__

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

15. **Official Detention Adjustment** (see    __0__ months    __0__ days

Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500 Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring
*02/2003*
Case 1:99-cr-00001    Document 52    Filed 09/28/2006    Page 4 of 7

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) | CRIMINAL CASE NO. 99-00001-001 |
| vs. | ) **DECLARATION IN SUPPORT OF PETITION**<br>)<br>) | |
| MARVIN JAMES PANGELINAN<br>Defendant. | )<br>)<br>) | |

Re: Violation of Supervised Release Conditions; Request for a Warrant of Arrest

    I, U.S. Probation Officer Specialist Carmen D. O'Mallan, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Marvin James Pangelinan, and in that capacity declare as follows:

    On September 1, 1999, Marvin James Pangelinan was sentenced to sixty-four months imprisonment and sixty months supervised release for the offense of Conspiracy To Import Crystal Methamphetamine in violation of 21 U.S.C. §§ 952(a), 960 and 963. Mr. Pangelinan's term of supervised release commenced on February 10, 2003. His term of supervised release was revoked on December 17 2003, for failure to refrain from the unlawful use of a controlled substance. He was sentenced to three months imprisonment and ordered to serve fifty-seven months supervised release with the condition of 100 hours community service in addition to the conditions imposed on the date of his original sentence. A Petition for Action was filed on April 5, 2006, after Mr. Pangelinan failed to follow the instructions of the probation officer. On May 17, 2006, Mr. Pangelinan's conditions were modified requiring him to submit up to eight urinalyses per month. On August 30, 2006, his conditions were again modified to include his participation in a mental health program. Mr. Pangelinan is alleged to have violated the following conditions of supervision:

DECLARATION IN SUPPORT OF PETITION
Violation of Supervised Release Conditions; Request for a Warrant
Re: PANGELINAN, Marvin James
USDC Cr. Cs. No. 99-00001-001
September 22, 2006
Page 2


**Standard Condition:** *The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.* Mr. Pangelinan failed to submit a monthly supervision report for the month of August by September 5, 2006.

**Standard Condition:** *The defendant shall follow the instructions of the probation officer:* Mr. Pangelinan has been instructed to report to the probation officer for compliance meetings following his failure to appear for drug testing. He failed to report for compliance meetings on September 4, 6, and 11, 2006.

**Special Condition:** *The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release fro imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer.* Mr. Pangelinan failed to show for urinalyses on September 1, 5 and 8, 2006.

**Special Condition:** *The defendant shall obtain and maintain gainful employment.* On August 3, 2006, Mr. Pangelinan submitted a forced resignation from his position as a care giver for Catholic Social Services. There is no information that he has secured gainful employment.

**Supervision Compliance:** Mr. Pangelinan appeared before the Court on April 13, 2006, in an Order to Show Cause why his term of supervised release should not be revoked. He was granted 90 days to return to compliance and a hearing was scheduled for July 6, 2006. Mr. Pangelinan appeared before the Court again on May 17, 2006, to modify his conditions to include that he submit to not more than eight drug tests per month. On July 18, 2006, the Court approved a stipulation filed by the parties to take no further action on the violations alleged on April 5, 2006. On August 30, 2006, his conditions were again modified to include mental health treatment.

Mr. Pangelinan's last face-to-face contact with the Probation Office was on August 8, 2006, when he came in to sign a Waiver of Hearing to Modify Conditions of his supervised release. Telephonic contact with his wife, Annicia, revealed that Mr. Pangelinan has not been home since September 1, 2006, and that she does not know his whereabouts at this time. Ms. Pangelinan further stated that she gave birth to a second son on August 11, 2006, and has since moved in with her parents who help provide childcare for her children while she works.

DECLARATION IN SUPPORT OF PETITION
Violation of Supervised Release Conditions; Request for a Warrant
Re:  PANGELINAN, Marvin James
USDC Cr. Cs. No. 99-00001-001
September 22, 2006
Page 3


**Recommendation:** This Probation Officer respectfully requests that the Court issue a warrant for Marvin James Pangelinan to appear for a hearing to answer or show cause why his term of supervised release should not be revoked pursuant to 18 U.S.C. § 3583.

Executed this 22nd day of September 2006 at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:  Marivic P. David, AUSA
     Federal Public Defender, Defense Counsel
     File