# UNITED STATES DISTRICT COURT

District of _____ **GUAM**

UNITED STATES OF AMERICA

V.

**MARVIN JAMES PANGELINAN**

**WARRANT FOR ARREST**

Case Number: CR-99-00001-001

**FILED**
DISTRICT COURT OF GUAM
JAN 25 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MARVIN JAMES PANGELINAN**
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition **X** Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

(See Petition for Warrant or Summons for Offender Under Supervision previously filed on September 28, 2006)

in violation of Title **18** United States Code, Section(s) **3583**

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

**September 28, 2006; Hagatna, Guam**
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USMS office - Hagatna, Gu

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/25/07 | David A. Punzalan, DUSM | |