**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-99-00001-001　　　　　　　　DATE: January 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 2:05:34 - 2:11:20
CSO: L. Ogo

**APPEARANCES:**
Defendant: Marvin James Pangelinan　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　U.S. Agent:
U.S. Probation: Robert Carreon　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**
- Federal Public Defender appointed to represent the defendant.
- Defendant admits to all the allegations.
- Mr. Arens stated that parties have stipulated to a disposition and requested that the matter be set for a disposition hearing.
- The Court granted the request and set a Disposition Hearing for: February 14, 2007 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: