**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>MARVIN JAMES PANGELINAN<br>Defendant. | CRIMINAL CASE NO. 99-00001-001<br><br>**SUPPLEMENTAL**<br>**DECLARATION IN SUPPORT OF PETITION** |

I, U.S. Probation Officer Specialist Carmen D. O'Mallan, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Marvin James Pangelinan, and in that capacity declare as follows:

On September 28, 2006, a Petition for Warrant for Offender Under Supervision was filed with the Court after Mr. Pangelinan failed to report to the probation officer and submit a written report within the first five days of the month; failed to follow the instructions of the probation officer; failed to submit to drug testing; and failed to obtain and maintain gainful employment.

On January 26, 2007, Mr. Pangelinan made his initial appearance before Magistrate Judge, Joaquin V. E. Manibusan Jr., And admitted to all the violations alleged in the petition. A Dispositional hearing has been scheduled before the District Court Judge on February 14, 2007.

Mr. Pangelinan has violated an additional condition of his supervised release, which is in violation of 18 U.S.C. §3583(d).

**Mandatory Condition:** *The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.*

Upon his arrest by the Superior Court of Guam Marshals on January 25, 2006, Mr. Pangelinan was in possession of a pocket folding knife with a three-inch blade and a four-and-one fourth inch handle. He also had in his possession a 24-inch collapsible steel baton. These weapons are currently in the possession of the United States Marshal's Service. It is also noteworthy to mention that Mr. Pangelinan was in possession of a cellular telephone and $1,640.00 cash.

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Re: PANGELINAN, Marvin James
USDC Cr. Cs. No. 99-00001-001
February 12, 2007
Page 2

**Standard Condition:** *The defendant shall not associate with any persons engaged in criminal activity or any person convicted of a felony, unless granted permission by the probation officer.*

Mr. Pangelinan was at the residence of Anthony J. Camacho when the Superior Court of Guam Marshals was effectuating the arrest of Mr. Camacho, also a probation violator. Anthony Camacho was convicted in the Superior Court of Guam under CF 310-05 for Possession of a Scheduled II Substance. He was serving a five-year term of probation for the felony offense when a warrant for his arrest was issued for violating the terms of his probation.

**Recommendation:** The Probation Officer respectfully requests that this violation be incorporated with the petition filed on September 28, 2006.

Executed this 12th day of February 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic David, AUSA
    Richard Arens, AFPD
    File