# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES

CASE NO.: CR-99-00001         DATE: February 14, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley         Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore         Electronically Recorded: 10:19:51 - 10:47:50
CSO: B. Benavente / J. Lizama

**APPEARANCES:**

Defendant: Marvin James Pangelinan         Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.         ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David         U.S. Agent:
U.S. Probation: Carmen O'Mallan         U.S. Marshal: D. Punzalan / V. Roman
Interpreter:         Language:

**PROCEEDINGS: Disposition Hearing**
- Continued Disposition hearing set for: March 21, 2007 at 10:00 A.M.
- Parties to brief the issue of what constitutes a dangerous weapon.
- Government's brief due: February 28, 2007.
- Opposition brief due: March 7, 2007.
- Reply brief due: March 14, 2007.
- Probation's brief on policies in the district courts due: February 21, 2007.
  Defendant to remain in custody.

NOTES: