
FILED
DISTRICT COURT OF GUAM
FEB 26 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARVIN JAMES PANGELINAN ) <br> Defendant. ) | CRIMINAL CASE NO. 99-00001-001 <br><br> **SPECIAL REPORT** <br> **(Supplemental)** |

**Re: Definition of Dangerous Weapons**

On February 14, 2007, Marvin James Pangelinan, appeared before the Honorable Frances Tydingco-Gatewood for a Disposition hearing. Mr. Pangelinan had previously admitted, after his arrest, and during his Initial Appearance before Magistrate Judge, Joaquin V.E. Manibusan, Jr. to all violations alleged in the Probation petition filed on September 28, 2006.

A Supplemental violation report was submitted on February 12, 2007, after Mr. Pangelinan made his Initial Appearance alleging that he was in possession of two weapons, a folding pocket knife with a three-inch blade and a 24 inch collapsible steel baton, which were both construed as dangerous weapons by the Probation Office. The parties argued as to the definition of a dangerous weapon, comparing both local and federal law. The Court was made aware that the District of Guam Probation Office did not have a policy defining what type of weapon constituted a dangerous weapon. The Court ordered the parties and the Probation Office to submit briefs to help the Court determine if a collapsible steel baton and folding pocket knife were dangerous weapons.

A Special Report addressing definition of a dangerous weapon was filed by the United States Probation Office on February 21, 2007. The following is additional information not included in the that report.

ORIGINAL

SPECIAL REPORT (SUPPLEMENTAL)
Definition of Dangerous Weapons
Re: PANGELINAN, Marvin James
USDC Cr. Cs. No. 99-00001-001
February 26, 2007
Page 2

The District of New York, utilizing federal and state law, has defined a "dangerous weapon" for an individual convicted of a felony or any assault in New York State or elsewhere to possess any type of self-defense spray or noxious material (tear gas, pepper or other disabling agent). Dangerous weapons were also defined by New York State Law as any switchblade knives, gravity knives, pilum ballistic knives, metal knuckle knives, cane swords, chuka sticks, nunchakus, electronic dart guns, Kung Fu stars, or electronic stun guns. Furthermore, common bows, compound bows, crossbows, and arrows are also considered dangerous and prohibitive weapons. This definition is in addition to federal law defining a "dangerous weapon" as any knife greater than 21/2 inches in length found in possession of an offender (18 U.S.C. §930(g)).

Executed this 26th day of February 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic David, AUSA
    Richard Arens, AFPD
    File