ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 14 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00001 |
| Plaintiff, ) | |
| ) | **STIPULATION OF PARTIES** |
| ) | **TO CONTINUE REVOCATION** |
| vs. ) | **HEARING** |
| MARVIN J. PANGELINAN, ) | |
| Defendant. ) | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, MARVIN J. PANGELINAN, by and through his attorney, Assistant Federal Public Defender Richard P. Arens, and hereby stipulate and request to continue the revocation hearing currently set for March 21, 2007, to on or about April 12, 2007, or a date otherwise convenient to the Court.

The parties make this request for the reason that government counsel is scheduled to attend off-island training in Columbia, South Carolina, from March 19 through March 23, 2007. Counsel is set to return the evening of March 28, 2007. The government intends to call as witnesses for said hearing: (1) U.S. Deputy Marshal Clark Marquez - who will be off-island

//
//

from March 26 through April 9, 2007; and (2) Government of Guam Deputy Marshal III Roland Okada - who may be off-island for training from April 1 through April 8, 2007.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

3/13/07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

3/13/07
Date

RICHARD P. ARENS
Assistant Federal Public Defender
Attorney for Defendant

2