LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **RE: STIPULATION OF PARTIES** |
| MARVIN J. PANGELINAN, | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties filed March 14, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to April 18, 2007, at 9:30 a.m.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 16, 2007**