# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

MARVIN J. PANGELINAN

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 99-00001

TO: Roland Okada
Guam Deputy Marshal III

**FILED**
DISTRICT COURT OF GUAM
APR 17 2007
MARY L.M. MORAN
CLERK OF COURT

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court 520 West Soledad Ave. Hagatna, Guam | COURTROOM Fourth Floor |
|---|---|
| | DATE AND TIME April 20, 2007 9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT Mary L. M. Moran | DATE |
|---|---|
| (By) Deputy Clerk *signature* | April 17, 2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Marivic P. David, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez Ave., Hagatna, Guam (671) 472-7332

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

ORIGINAL

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 4/17/07 | PLACE U.S. Attorney's Office |
| SERVED | DATE 4/17/07 | PLACE Parking Lot of District Court of Guam |
| SERVED ON (PRINT NAME) Roland Okada | | FEES AND MILEAGE TENDERED TO WITNESS  YES   NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) Jacqueline Emmanuel | | TITLE Clerk |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____4/17/07_____
DATE

*Jacqueline Emmanuel*
SIGNATURE OF SERVER

108 Hernan Cortez Ave. Suite 500
ADDRESS OF SERVER

Hagatna, Gu 96910

ADDITIONAL INFORMATION