# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-99-00001-001　　　　　　　　　　DATE: April 20, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 9:44:52 - 10:56:18
CSO: F. Tenorio / L. Ogo

**APPEARANCES:**
Defendant: Marvin James Pangelinan　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan　　　　U.S. Marshal: V. Roman / T. Muna
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Disposition Hearing**
- Court finds that the defendant did violate conditions of supervised release.
- Revocation of supervised release granted.
- Defendant committed to the Bureau of Prisons for a term of 6 months.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 51 months, with conditions (refer to Judgment for conditions of supervised release).
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: